**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| ZION CAPITAL VENTURES, INC.; and<br>NICHOLAS GORDON | PLAINTIFFS |
| v.   No. 4:15CV00204 JLH | |
| SKB PARTNERS, LLC;  SKB INSURANCE, LLC;<br>SCOTT SMITH, individually and in his official<br>capacity; and JOHN DOES 1-9 | DEFENDANTS |

**ORDER**

The plaintiffs have filed a motion for default judgment against SKB Partners, LLC, and SKB Insurance, LLC, both of which were served on April 21, 2015, and neither of which has filed an answer or other response to the complaint. Federal Rule of Civil Procedure 55(a) provides that when a party has been properly served and fails to respond, the Clerk must enter the party's default. Accordingly, the motion for default judgment is granted in part. Document #6. The Court directs the Clerk to enter the default of SKB Partners, LLC, and SKB Insurance, LLC. One of the defendants, Scott Smith, has filed an answer. The Court will conduct a hearing on damages on the default of SKB Partners, LLC, and SKB Insurance, LLC, in conjunction with or after trial of the case between the plaintiffs and Scott Smith.

IT IS SO ORDERED this 4th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE