**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ZION CAPITAL VENTURES, INC.; and                                                                PLAINTIFFS
NICHOLAS GORDON

v.                                            No. 4:15CV00204 JLH

SKB PARTNERS, LLC; SKB INSURANCE, LLC;
SCOTT SMITH, individually and in his official
capacity; and JOHN DOES 1-9                                                                     DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 1st day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE